IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR A. AGUILAR,<br><br>                          Plaintiff,<br><br>          v.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO,<br><br>                          Defendant. | 1:19-cv-01802-NONE-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br><br>(ECF No. 10) |

Before the Court is Plaintiff's request for an extension of time to file an amended complaint (ECF No. 10). The Court finds good cause for and will accordingly grant the requested extension of time.

IT IS ORDERED that the motion for extension of time (ECF No. 10) is GRANTED. The deadline for Plaintiff to file an amended complaint is extended to **June 30, 2020**.

IT IS SO ORDERED.

Dated:  **May 7, 2020**              /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE